IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03380–RM –KMT

MAGDALENA PALOMARES,
YADIRA MERAZ,
EVANGELINA SZRAJBER,
NADIN VARGAS,
MARIA NAVARRO,
ISABEL PALOMARES, and
BENJAMIN GUEVANO,

    Plaintiffs,

v.

ALPINE VALLEY SERVICES, a tradename for DIAMOND KIP'S INC. and KIP'S KLEANING, INC.,
DIAMOND KIP'S, INC., and
KIP'S KLEANING, INC.,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion for Entry of Protective Order" (Doc. No. 26, filed May 14, 2014) is GRANTED in part and DENIED in part. After reviewing Defendants' motion, as well as the exhibits containing Plaintiffs' objections, the court finds it appropriate to enter the proposed Protective Order. Whether any specific document(s) should be designated as "Confidential" under the Protective Order can be determined on an individualized basis pursuant to the procedures outlined in the Protective Order. Accordingly, the Motion (Doc. No. 26) is GRANTED in part to the extent it seeks entry of the proposed Protective Order. Defendants' Motion (Doc. No. 26) is DENIED in part to the extent it seeks sanctions pursuant to Fed. R. Civ. P. 37. As a final matter, any discovery provided in this litigation is to be used for purposes of this litigation only. Use of discovery documents for purposes outside the litigation is not allowed and will not be condoned by the court.

Dated: May 19, 2014