IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:      13-cv-03380-RM-KMT | Date:   July 7, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*

MAGDALENA PALOMARES,
YADIRA MERAZ,
EVANGELINA SZRAJBER,
NADIN VARGAS,
MARIA NAVARRO,
ISABEL PALOMARES, and
BENJAMIN GUEVANO,

   Plaintiffs,

v.

ALPINE VALLEY SERVICES, a tradename for
DIAMOND KIP'S INC. and KIP'S KLEANING, INC.,
DIAMOND KIP'S, INC., and
KIP'S KLEANING, INC.,

   Defendants.

*Counsel:*

Theodore Hess (by telephone)
Brandon Elkins-Barkley
   (by telephone)

Stephen Dehoff

## COURTROOM MINUTES

**MOTION HEARING**

**10:52 a.m.       Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding striking jury demand, Rule 38 and 39, prejudice to defendants, payment of jury fee, and amendment to the complaint.

**ORDERED:   Plaintiffs' Motion to Amend Complaint and Join/Remove Parties [17] is
                  GRANTED.  The Clerk is directed to file the first amended complaint [17-1].**

**ORDERED:   Defendants' Motion to Strike Jury Demand [24] is DENIED, for reasons
                  stated on record.**

Further discussion regarding discovery issues with respect to requests for production and dates for depositions.

Court states its practice regarding discovery disputes.

**ORDERED:   The deadline for the disclosure of affirmative experts is extended to July 28, 2014.  The deadline for the disclosure of rebuttal experts is extended to August 27, 2014.  All other dates remain as previously set.**

**11:45 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.