IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03380-RM-KMT | Date: | August 27, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                   *Counsel:*

MAGDALENA PALOMARES,                                            Theodore Hess
YADIRA MERAZ,
EVANGELINA SZRAJBER,
NADIN VARGAS,
MARIA NAVARRO,
ISABEL PALOMARES, and
BENJAMIN GUEVANO,

   Plaintiffs,

v.

ALPINE VALLEY SERVICES, a tradename for           Shannon Henderson
DIAMOND KIP'S INC. and KIP'S KLEANING, INC.,
DIAMOND KIP'S, INC., and
KIP'S KLEANING, INC.,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:18 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED:   On or before September 3, 2014, Defendant is directed to submit their position in writing to Plaintiff regarding: 1) whether they are in business effecting commerce as required under the FLSA; and 2) whether they have gross sales in excess of $500,000.**

Discussion regarding "phantom employee" issue, obtaining information with respect to bank accounts, and time cards.

**ORDERED:**   The Clerk is directed to file document [44-6] under Restricted Level 3. Documents [44-4] and [44-5] shall be filed under Restricted Level 1.

**ORDERED:**   Plaintiffs' Motion to Compel [39] is GRANTED IN PART AND DENIED IN PART. Defendants shall produce all documents, including the consent decree, on or before September 10, 2014, as discussed.

**ORDERED:**   The Telephonic Final Pretrial Conference is VACATED and RESET to March 19, 2015 at 10:00 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.

Counsel confirm they are in the midst of settlement negotiations.

**2:16 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time   00:58

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.