IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-03380-RM-KMT

MAGDALENA PALOMARES; YADIRA MERAZ; CARLOS JIMENEZ, NADIN VARGAS; MARIA NAVARRO; ISABEL PALOMARES; and BENJAMIN GUEVANO;

    Plaintiffs,

v.

ALPINE VALLEY SERVICES, A TRADENAME FOR DIAMOND KIP'S INC. AND KIP'S KLEANING, INC.; DIAMOND KIP'S, INC.; and KIP'S KLEANING, INC.;

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Pursuant to the Stipulation for Dismissal with Prejudice (ECF No. 61), filed March 20, 2015, and signed by the attorneys for the parties hereto, it is ORDERED that this cause of action is hereby DISMISSED WITH PREJUDICE, each party to pay their own costs and attorneys' fees.

DATED this 23rd day of March, 2015.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge